### SAME CASE ON A RE-HEARING.

BUCHANAN, J. Upon a careful review of this case we have found no reason
to dissent from the conclusions of the former Supreme Court, embodied in the
opinion pronounced at Alexandria, in the term of 1845.

In the period of time, which has since elapsed, one of the defendants, *Aus-
tin Williams*, has died, and his representatives have not been made party
herein.

It is, therefore, adjudged and decreed, that the judgment heretofore render-
ered in this case by the former Supreme Court, be affirmed against *John
Routh*.